1  **WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Dealer Computer Services, Inc., et al., | No. CVO7-00748-PCT-JAT |
| Plaintiffs, | **ORDER** |
| vs. | |
| Fullers' White Mountain Motors, Inc., et al., | |
| Defendants. | |

Pending before this Court is Defendants' Motion for Leave to File Amended Answer and Counterclaim (Doc. #24). Plaintiffs have not filed a response to the motion. Pursuant to Local Rule of Civil Procedure 7.2(i), the Court deems Plaintiffs' failure to respond as consent to the granting of the motion.

Accordingly,

IT IS ORDERED GRANTING Defendants' Motion for Leave to File Amended Answer and Counterclaim (Doc. #24). Plaintiffs shall have twenty (20) days from the date of this Order to file an Answer to the counterclaim.

///

///

///

///

1    IT IS FURTHER ORDERED that the Clerk of the Court shall file the Amended
2 Answer and Counterclaim currently lodged at Docket #25.
3    DATED this 6th day of September, 2007.

James A. Teilborg
United States District Judge